UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ILIRIJANA SADE ZETTEL                                                                                      Plaintiff

v.                                                                                      Civil Action No. 3:23-cv-116-RGJ

SERVICE FINANCIAL CO.                                                                                  Defendant

\* \* \* \* \*

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date and pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED** and **ADJUDGED** as follows:

(1)   Judgment is entered in favor of Defendant Service Financial Co. with respect to the claims brought in this matter. This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(2)   This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

January 29, 2024

Rebecca Grady Jennings, District Judge
United States District Court